```
                                            Entered on Docket
                                            July 30, 2010
                                            GLORIA L. FRANKLIN, CLERK
                                            U.S BANKRUPTCY COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
```



| | |
|---|---|
| 1  DEVIN DERHAM-BURK #104353<br>   CHAPTER 13 STANDING TRUSTEE<br>2  P O BOX 50013<br>   SAN JOSE, CA  95150-0013<br>3<br>   Telephone:  (408) 354-4413<br>4  Facsimile:   (408) 354-5513 | **IT IS SO ORDERED.**<br>**Signed July 30, 2010**<br><br>*Arthur S. Weissbrodt*<br>**Arthur S. Weissbrodt**<br>**U.S. Bankruptcy Judge** |

5   Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re:                              )<br>                                     )<br>APOLINARIO B GALZOTE                 )<br>                                     )<br>FLORENTINA F GALZOTE                 )<br>              Debtors                ) | Chapter 13<br><br>Case No. 10-54204 ASW<br><br>**ORDER CONFIRMING PLAN** |

The Debtors filed a Plan under Chapter 13 of the Bankruptcy Code on Apr 23, 2010, a copy of which was served on creditors (and an Amended Plan on Jul 08, 2010).  After hearing on notice on Jul 26, 2010, the Court finds that:

1. The Plan complies with 11 U.S.C. §1325(a), and other applicable bankruptcy laws, rules and procedures.

THEREFORE, IT IS ORDERED THAT:

1. The Debtors' Amended Plan filed on Jul 08, 2010 is confirmed.

2. The future income of the Debtors shall be submitted to the supervision and control of DEVIN DERHAM-BURK, Trustee herein, as is necessary for the execution of the Plan.

/

/

/

/

3. Any creditor whose claim is entirely disallowed by final non appealable order, and any creditor listed in the Debtors' original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtors or the Trustee unless such creditor files a request for special notice with the Court and serves such request on the Trustee and Debtors' attorney. Notwithstanding the above, if the proposed action would adversely impact a creditor, that creditor must be served notice.

4. Until the Plan is completed, dismissed or converted to a case under a different chapter of the Bankruptcy Code, the Debtors shall, pursuant to the terms of the Plan, pay to the Trustee the sum of: $1215 X 12; $1850 THEREAFTER
no later than the last day of each month, at P O BOX 50013, SAN JOSE, CA 95150-0013.

5. If the Debtors fail to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtors shall, within twenty (20) days of said notice, either: 1) cure the default; or 2) meet and confer with the Trustee AND enter into an agreement resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the Plan.

\*\*\* END OF ORDER \*\*\*

Approved as to form and content.

Dated: Jul 28, 2010  /s/ DEVIN DERHAM-BURK
Chapter 13 Standing Trustee

# COURT SERVICE LIST

Case Name: APOLINARIO B GALZOTE  Case No.: 10-54204 ASW
FLORENTINA F GALZOTE

APOLINARIO B GALZOTE
FLORENTINA F GALZOTE
263 SHOSHONE CT
SAN JOSE, CA 95127-1855

THE FULLER LAW FIRM
60 N KEEBLE AVE
SAN JOSE, CA 95126